| | |
|---|---|
| DISTRICT COURT, LARIMER COUNTY, STATE OF COLORADO<br>Larimer County Justice Center<br>201 LaPorte Ave., Ste. 100<br>Fort Collins, CO 80521<br>(970) 498-6100<br><br>**AUDREY M. WEITZEL and**<br>**DOUGLASS L. WEITZEL,**<br><br>Plaintiffs,<br><br>v.<br><br>**JESSE T. GAY; THE HARTFORD; and THE TRAVELERS INDEMNITY COMPANY,**<br><br>Defendants. | ▲COURT USE ONLY▲<br><br>Case No. 11CV2249<br><br>Div.: 5B |
| **ORDER GRANTING DEFENDANT THE HARTFORD'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT** | |

The Motion for extension is GRANTED. Defendant Property & Casualty Insurance Company of Hartford ("Hartford"), incorrectly sued as "The Hartford", shall have up to and including January 3, 2012 to answer or otherwise respond to Plaintiff's Complaint.

Dated: December 30, 2011.

BY THE COURT:

_____
Gregory M. Lammons
District Court Judge