**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-00290-CMA-KLM

AUDREY M. WEITZEL, and
DOUGLASS L. WEITZEL,

      Plaintiffs,

v.

JESSE T. GAY,
PROPERTY AND CASUALTY COMPANY OF HARTFORD, and
THE TRAVELERS INDEMNITY COMPANY,

      Defendants.

---

**ORDER GRANTING STIPULATION OF DISMISSAL OF DEFENDANT
PROPERTY AND CASUALTY COMPANY OF HARTFORD**

---

      This matter is before the Court on the parties' Stipulation of Dismissal With Prejudice (Doc. # 20) of Defendant Property and Casualty Company of Hartford. The Court has reviewed the Stipulation and ORDERS as follows:

      Defendant Property and Casualty Company of Hartford is hereby DISMISSED WITH PREJUDICE, each party to pay his, her or its own costs and fees.  It is

      FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of the Property and Casualty Company of Hartford as a Defendant in this case.

      DATED:  February __14__, 2012.

                                                    BY THE COURT:

                                                    _____
                                                    CHRISTINE M. ARGUELLO
                                                    United States District Judge