IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 12-cv-00290-CMA-KLM

AUDREY M. WEITZEL, and
DOUGLASS L. WEITZEL,

      Plaintiffs,

v.

JESSE T. GAY,
PROPERTY AND CASUALTY COMPANY OF HARTFORD, and
THE TRAVELERS INDEMNITY COMPANY,

      Defendants.

## ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO JESSE T. GAY ONLY

This matter is before the Court on the parties' Stipulation for Dismissal With Prejudice as to Jesse T. Gay Only (Doc. # 22). The Court has reviewed the Stipulation and ORDERS as follows:

Defendant Jesse T. Gay is hereby DISMISSED WITH PREJUDICE, each party to pay his or its own costs and fees. It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of Jesse T. Gay as a Defendant in this case.

DATED: March __06__, 2012

                                            BY THE COURT:

                                            *Christine M Arguello*

                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Judge