IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00290-CMA-KLM

AUDREY M. WEITZEL, and
DOUGLASS L. WEITZEL,

    Plaintiffs,

v.

THE TRAVELERS INDEMNITY COMPANY,

    Defendant.

_____

**ORDER AND INSTRUCTIONS FOR EARLY NEUTRAL EVALUATION ("ENE")
BY MAGISTRATE JUDGE MIX**
(effective March 6, 2012)
_____

    This matter is before the Court on the parties' joint request for an ENE. Accordingly,

    **IT IS HEREBY ORDERED**:

1. An ENE is **SET** for **March 14, 2012 from 8:30 a.m. to 9:30 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

2. The parties shall submit materials for the Court's review by emailing them to Mix_Chambers@cod.uscourts.gov. Absent extraordinary circumstances, all materials, including exhibits, shall be limited to a total of 25 pages per side. Any materials in excess of 25 pages or received after **9:00 a.m. on March 13, 2012** will not be considered by the Court.

3. Trial counsel for the parties shall attend the ENE in person. Parties may, but are not required, to attend.

4. The ENE will be conducted on the record. A transcript of the ENE may be ordered by the parties as they deem appropriate. The ENE transcript, record and materials are protected by Fed. R. Evid. 408 and shall not be used for any purpose contrary to the Rule.

5. The Courtroom will be closed to non-parties and/or non-attorneys-of-record during the ENE.

Dated: March 8, 2012