## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Christine M. Arguello

Civil Action No. 12-cv-00290-CMA-KLM

AUDREY M. WEITZEL, and
DOUGLASS L. WEITZEL,

      Plaintiffs,

v.

THE TRAVELERS INDEMNITY COMPANY,

      Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

The parties' Motion to Dismiss With Prejudice (Doc. # 52) is GRANTED. It is hereby

ORDERED that this action, and all claims brought or that might have been brought between the Plaintiffs and Defendant Travelers Indemnity Company, are DISMISSED WITH PREJUDICE, each party to pay his, her or its own attorneys' fees and costs incurred in relation to this matter.

      DATED: June __14__, 2012

                                            BY THE COURT:

                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Judge